# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

|  |  |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: EDWARD S. KIEL |
| v. | CASE NO. 2:20-mj-15235 |
| EMANUEL FIGUEROA-MARTINEZ *Defendant* | DATE OF PROCEEDINGS: 4/24/2020 |
|  | DATE OF ARREST: 4/24/2020 |

**PROCEEDINGS:** Initial Appearance

- [ ] COMPLAINT
- [✓] ADVISED OF RIGHTS
- [ ] ORDER OF DETENTION
- [✓] APPT. OF COUNSEL: [ ] AFPD   [✓] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [✓] BAIL SET: 100,000
  - [✓] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [✓] TRAVEL RESTRICTED NJ
- [✓] REPORT TO PRETRIAL SERVICES
- [✓] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [✓] SURRENDER AND/OR OBTAIN NO PASSPORT
- [✓] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.     DATE: _____
- [ ] DETENTION/BAIL HRG.          DATE: _____
- [ ] TRIAL: [ ] COURT  [ ] JURY    DATE: _____
- [ ] SENTENCING                    DATE: _____
- [ ] OTHER: _____               DATE: _____

**APPEARANCES:**

AUSA: FRANCESCA LIQUORI

DEFT. COUNSEL: BRANDON MINDE

PROBATION: _____

INTERPRETER: IRENE CARAMUTA
Language: _____

TIME COMMENCED: 4:30 PM
TIME TERMINATED: 5:00 PM
CD NO: ECR

Anthony Sodono
DEPUTY CLERK